No. 974. STANDARD PIPE LINE Co., INC. *v.* BURNETT. May 28, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. T. M. Milling* for petitioner. *Messrs. Pat McNalley* and *Jordon Sellers* for respondent.

No. 983. WASHINGTON LOAN & TRUST Co., TRUSTEE, *v.* ALLMAN, RECEIVER. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Arthur Peter, Charles V. Imlay,* and *Vinson L. Smathers* for petitioner. *Messrs. Edward F. Colladay, Joseph C. McGarraghy, F. G. Awalt,* and *George P. Barse* for respondent.

No. 992. WASHINGTON GAS LIGHT Co. *v.* DANN, ADMINISTRATRIX. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wilton J. Lambert, R. H. Yeatman,* and *George D. Horning, Jr.,* for petitioner. *Mr. Joseph D. Sullivan* for respondent.

No. 993. TEXAS COMPANY *v.* ROOS. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. H. Tallichet* for petitioner. *Messrs. J. B. Lewright* and *R. L. Batts* for respondent.

No. 995. SIMPSON ET AL. *v.* STERN ET AL. May 28, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Stanton C. Peelle, Paul E. Lesh, Dale D. Drain,* and *H. Winship Wheatley* for petitioners. *Messrs. Spencer Gordon*

and *Wm. Marshall Bullitt* for respondents.

No. 996. ALEXANDER *v.* MISSOURI STATE LIFE INSURANCE Co. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ralph F. Potter* for petitioner. *Mr. William E. Lamb* for respondent.

No. 1005. JOHNSON, DRAKE & PIPER, INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clark R. Fletcher* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John MacC. Hudson* for respondent.

No. 1009. TELMAN *v.* UNITED STATES. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. George R. Craig* for petitioner. *Solicitor General Biggs* for the United States.

No. 1010. GOLDSMITH *v.* NEW YORK LIFE INSURANCE Co. May 28, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Perry Post Taylor* and *Ben L. Shifrin* for petitioner. *Messrs. James C. Jones, Lon O. Hocker, Frank Y. Gladney, James C. Jones, Jr.,* and *Louis H. Cooke* for respondent.

No. 1021. UNITED STATES RADIATOR CORP. *v.* HENDERSON ET AL. May 28, 1934. Petition for writ of certiorari